**DISMISS and Opinion Filed April 8, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00164-CV

**THB CONSTRUCTION, LLC, Appellant**
**V.**
**CANTERBURY COVE, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12084**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Goldstein
Opinion by Justice Goldstein

Before the Court is the parties' joint motion to dismiss the appeal because they

have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(2)(A).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220164F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THB CONSTRUCTION, LLC,
Appellant

No. 05-22-00164-CV     V.

CANTERBURY COVE, LLC,
Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-12084. Opinion delivered by Justice Goldstein. Justices Partida-Kipness and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee CANTERBURY COVE, LLC recover its costs of this appeal from appellant THB CONSTRUCTION, LLC.

Judgment entered April 8, 2022